1  Forrest R. Cogswell, State Bar No. 65481
   Dena S. Aghabeg, State Bar No. 185311
2  COGSWELL NAKAZAWA & CHANG, LLP
   444 West Ocean Blvd., Suite 1250
3  Long Beach, California 90802-8131
   Telephone (562) 951-8668
4  Facsimile: (562) 951-3933

5  Attorneys for Defendant
   EVERGREEN MARINE CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZABATTA, | CASE NO.: CV 11-04375 SVW (RZx) |
| Plaintiff, | |
| vs. | ORDER TO DISMISS ACTION WITH PREJUDICE |
| M/V EVER RADIANT; EVERGREEN MARINE CORPORATION; and DOES 1 - 50, inclusive, | JS - 6 |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that inasmuch as this case has been settled, this action is dismissed in its entirety with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated: May 10, 2012          _____
                              UNITED STATES DISTRICT JUDGE

---

ORDER TO DISMISS ACTION WITH PREJUDICE
- 1 -